**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 09-4863**

—————

UNITED STATES OF AMERICA,

          Plaintiff – Appellee,

     v.

GARLAND ELLISON,

          Defendant – Appellant.

—————

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.   James C. Fox, Senior District Judge.  (4:08-cr-00062-F-1)

—————

Submitted:  September 30, 2010      Decided:  November 4, 2010

—————

Before KING, SHEDD, and KEENAN, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Ronald Cohen, Wilmington, North Carolina, for Appellant.  George E. B. Holding, United States Attorney, Anne M. Hayes, Jennifer P. May-Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garland Ellison was convicted of mailing threatening communications, in violation of 18 U.S.C. § 876(c) (2006). He now appeals, contending that defense counsel was ineffective. We affirm.

To allow for adequate development of the record, a defendant ordinarily must raise a claim of ineffective assistance of counsel in a 28 U.S.C.A. § 2255 (West Supp. 2010) motion unless it conclusively appears on the face of the record that counsel provided inadequate assistance. United States v. Richardson, 195 F.3d 192, 198 (4th Cir. 1999). Our review of the record, including a forensic report and transcripts of the competency hearing and jury trial, reveals that ineffective assistance does not conclusively appear on the face of the record. We therefore affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED